FILED: August 5, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4116
(3:14-cr-00012-JRS-2)
_____

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

 v.

MAUREEN G. MCDONNELL,

      Defendant - Appellant.

_____

O R D E R
_____

Upon consideration of the unopposed motion to hold this appeal in abeyance, the court grants the motion. The parties are directed to file a proposed briefing schedule addressing the issues pending in this appeal or a resolution of the case on or before August 29, 2016.

For the Court

/s/ Patricia S. Connor, Clerk